UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIPS DOMESTIC APPLIANCES AND PERSONAL CARE COMPANY, a division of Philips Electronics North America Corporation<br><br>               Plaintiff,<br>v.<br><br>BRAUN GMBH and THE PROCTER & GAMBLE COMPANY<br><br>              Defendants. | Civil Action No. 07 CV 11290 (WHP)<br><br>**PHILIPS DOMESTIC APPLIANCES AND PERSONAL CARE COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Philips Domestic Appliances and Personal Care Company hereby certifies that:

1. Philips Domestic Appliances and Personal Care Company is a division of Philips Electronics North America Corporation, which is an indirect subsidiary of Koninklijke Philips Electronics N.V.

2. Koninklijke Philips Electronics N.V., the parent company of Philips Electronics North American Corporation, is a publicly held company.

3.  No other publicly held company owns 10% or more of the stock of Koninklijke Philips Electronics N.V.

Dated: December 17, 2007

           SULLIVAN & CROMWELL LLP

           By: */s/ Stephanie G. Wheeler*

           Stephanie G. Wheeler (SW-7751)
           Richard J.L. Lomuscio (RL-6994)
           Matthew A. Schwartz (MS-8359)
           SULLIVAN & CROMWELL LLP
           125 Broad Street
           New York, New York 10004
           Telephone: (212) 558-4000
           Facsimile: (212) 558-3588

           *Attorneys for Plaintiff*

*Of Counsel:*

Michael H. Steinberg
Jessica A. Rassler
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800