AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

PHILIPS DOMESTIC APPLIANCES AND
PERSONAL CARE COMPANY, a division
of Philips Electronics North America
Corporation,
          Plaintiff
    v.
BRAUN GMBH and THE PROCTER &
GAMBLE COMPANY,
          Defendant,

**APPEARANCE**

Case Number: 07CV11290 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff Philips Domestic Appliance and Personal Care Company

Philips Domestic Appliances and Personal Care Company, a division of Philips Electronics North America Corporation

I certify that I am admitted to practice in this court.

December 17, 2007
Date

[Signature]
Signature

Richard J. L. Lomuscio     RL-6994
Print Name     Bar Number

Sullivan & Cromwell LLP, 125 Broad Street
Address

New York     NY     10004
City     State     Zip Code

(212) 558-4000     (212) 558-3588
Phone Number     Fax Number