AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

PHILIPS DOMESTIC APPLIANCES AND
PERSONAL CARE COMPANY, a division
of Philips Electronics North America
Corporation,
        Plaintiff
  v.

BRAUN GMBH and THE PROCTER &
GAMBLE COMPANY,
        Defendant.

**APPEARANCE**

Case Number: 07CV11290 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Plaintiff Philips Domestic Appliances and Personal Care Company

I certify that I am admitted to practice in this court.

December 17, 2007
Date

*Stephanie G. Wheeler* (signature)
Signature

Sullivan & Cromwell LLP        SW-7751
Print Name                     Bar Number

125 Broad Street
Address

New York, New York 10004
City          State          Zip Code

212-558-7384          212-558-3588
Phone Number          Fax Number