AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

PHILIPS DOMESTIC APPLIANCES AND PERSONAL CARE COMPANY, a division of Philips Electronics North America Corporation

**APPEARANCE**

Plaintiff,

v.

Case Number:  07 CV 11290 (WHP)

BRAUN GMBH and THE PROCTER & GAMBLE COMPANY

Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Philips Domestic Appliances and Personal Care Company, a division of Philips Electronics North America Corporation

I certify that I am admitted to practice in this court.

| 12/20/2007 | *[signature]* |
|---|---|
| Date | Signature |

| Qian A. Gao | QG5963 |
|---|---|
| Print Name | Bar Number |

125 Broad Street
Address

| New York | NY | 10004 |
|---|---|---|
| City | State | Zip Code |

| (212) 558-4000 | (212) 558-3588 |
|---|---|
| Phone Number | Fax Number |