AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern        DISTRICT OF        New York

PHILIPS DOMESTIC APPLIANCE AND
PERSONAL CARE COMPANY, a division
of Philips Electronics North America
Corporation,
        Plaintiff

v.

BRAUN GMBH and THE PROCTER &
GAMBLE COMPANY,
        Defendant.

**APPEARANCE**

Case Number: 07CV11290 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff Philips Domestic Appliance and Personal Care Company

Philips Domestic Appliances and Personal Care Company, a division of Philips Electronics North America Corporation

I certify that I am admitted to practice in this court.

December 17, 2007
Date

_[signature]_
Signature

Matthew A. Schwartz     MS-8359
Print Name     Bar Number

Sullivan & Cromwell LLP, 125 Broad Street
Address

New York     NY     10004
City     State     Zip Code

(212) 558-4000     (212) 558-3588
Phone Number     Fax Number