UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------

PHILLIPS DOMESTIC APPLIANCES AND
PERSONAL CARE COMPANY, a division of Phillips
Electronics North America Corporation,

                              Plaintiff,

                          - against -

BRAUN GMBH and THE PROCTER & GAMBLE
COMPANY,

                              Defendants.

------------------------------------

07 cv 11290 WHP

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Stephanie G. Wheeler, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    Michael H. Steinberg
    Firm Name:    Sullivan & Cromwell LLP
    Address:    1888 Century Park East
    City/State/Zip:    Los Angeles, CA 90067
    Phone Number:    (310) 712-6600
    Fax Number:    (310) 712-8800

Michael H. Steinberg is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Michael H. Steinberg in any State or Federal court.

Dated: December 19, 2007

City, State: New York, NY

                Respectfully submitted,

*[Signature: Stephanie G. Wheeler]*

Sponsor's Name:  Stephanie G. Wheeler
SDNY Bar #:  SW7751
Firm Name:  Sullivan & Cromwell LLP
Address:  125 Broad Street
City/State/Zip:  New York, New York 10004
Phone Number:  (212) 558-4000
Fax Number:  (212) 558-3588

UNITED STATES DISTRICT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------

PHILLIPS DOMESTIC APPLIANCES AND
PERSONAL CARE COMPANY, a division of Phillips
Electronics North America Corporation,

                Plaintiff,

            - against -

BRAUN GMBH and THE PROCTER & GAMBLE
COMPANY,

                Defendants.

------------------------------------

07 cv 11290 (WHP)

AFFIDAVIT OF
STEPHANIE G. WHEELER
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York    )
                           ) ss:
County of New York  )

Stephanie G. Wheeler, being duly sworn, hereby deposes and says as follows:

1. I am a member of the bar of this Court and of Sullivan & Cromwell LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Michael H. Steinberg as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on April 5, 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Michael H. Steinberg for at least five years.

4. Mr. Steinberg is a member of Sullivan & Cromwell LLP who resides in our Los Angeles Office.

5. Attached hereto as Exhibit A is a certificate from the Bar of the State of California showing that Mr. Steinberg is a member in good standing.

6. I have found Mr. Steinberg to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

7. Accordingly, I am pleased to move the admission of Michael H. Steinberg, pro hac vice.

8. I respectfully submit a proposed order granting the admission of Michael H. Steinberg, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Michael H. Steinberg, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: December 19, 2007
City, State: New York, NY
Notarized: *[signature]* Rita I. Lynskey

RITA I. LYNSKEY
Notary Public, State of New York
No. 4884650
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Jan. 26, 2011

Respectfully submitted,

*[signature]* Stephanie G. Wheeler

Name of Movant: Stephanie G. Wheeler
SDNY Bar Code: SW7731



**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

December 17, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL HOWARD STEINBERG, #134179 was admitted to the practice of law in this state by the Supreme Court of California on June 14, 1988; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------

PHILLIPS DOMESTIC APPLIANCES AND
PERSONAL CARE COMPANY, a division of
Phillips Electronics North America Corporation,

               Plaintiff,

- against -

BRAUN GMBH and THE PROCTER & GAMBLE
COMPANY,

               Defendant.

------------------------------------

07 cv 11290 (NHB)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Stephanie G. Wheeler, attorney for Phillips Domestic Appliances and Person Care Company, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael H. Steinberg |
| Firm Name: | Sullivan & Cromwell LLP |
| Address: | 1888 Century Park East |
| City/State/Zip: | Los Angeles, CA 90067 |
| Telephone/Fax: | (310) 712 6600 |
| Email Address: | SteinbergM@Sullcrom.com |

is admitted to practice pro hac vice as counsel for Phillips Domestic Appliances and Person Care Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                               _____
                                               United States District/Magistrate Judge

FOR OFFICE USE ONLY:  FEE PAID $       SDNY RECEIPT#

# AFFIDAVIT OF DAVID LIEBOV

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

      DAVID LIEBOV, being duly sworn, deposes and says that he an associate with the firm of Sullivan & Cromwell LLP, counsel for the plaintiffs in Philips Domestice Appliances and Personal Care Company v. Braun GMBH, et ano., 07 CV 11290 (WHB) which was filed December, 17, 2007. The attached Motion to Admit Pro Hac Vice has not been served yet because the Summons and Complaint have not been served so there is nobody to serve at this point.

      This Motion will be served as soon as an appearance on behalf of the defendants is received. In the meantime, it is respectfully requested that the attached Motion be filed and sent to Judge Pauley.

Sworn to before me this
20th day of December, 2007.

_____
Notary Public
KEIR JAMES-LITTLE
Notary Public, State of New York
No. 01JA6156001
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Nov. 20, 2010