JAN 1 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PHILIPS DOMESTIC APPLIANCES AND
PERSONAL CARE COMPANY, a division
of Philips Electronics North America
Corporation

          Civil Action No. 07 CV 11290 (WHP)

          Plaintiff,

          **STIPULATION EXTENDING**
- against -      **TIME TO ANSWER**

BRAUN GMBH and THE PROCTER &
GAMBLE COMPANY

          Defendants.
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

IT IS HEREBY STIPULATED AND AGREED between the parties that Defendants' time to move or answer in response to Plaintiff's Complaint for Injunctive Relief and Damages, previously due on January 10, 2008 (based on Defendants' agreement to accept service), is extended until January 22, 2008. This is the first request for an adjournment in this matter.

Dated: January 10, 2008
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
1/17/08

| SULLIVAN & CROMWELL LLP | WEIL, GOTSHAL & MANGES LLP |
|---|---|
| By: *Stephanie G. Wheeler* <br> Stephanie G. Wheeler (SW-7751) <br> Richard J.L. Lomuscio (RL-6994) <br> Matthew A. Schwartz (MS-8359) <br><br> Attorneys for Plaintiff PHILIPS DOMESTIC APPLIANCES AND PERSONAL CARE COMPANY, a division of Philips Electronics North America Corporation <br><br> 125 Broad Street <br> New York, New York 10004 <br> Telephone: (212) 558-4000 <br> Facsimile: (212) 558-3588 | By: _____ <br> Bruce S. Meyer (BM-3506) <br> Randi W. Singer (RS-6342) <br><br> Attorneys for Defendants BRAUN GMBH and THE PROCTER & GAMBLE COMPANY <br><br> 767 Fifth Avenue <br> New York, NY 10153 <br> Telephone: (212) 310-8000 <br> Facsimile: (212) 310-8007 |