FEB 1 4 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILIPS DOMESTIC APPLIANCES AND
PERSONAL CARE COMPANY, a division
of Philips Electronics North America
Corporation

      Plaintiff,

v.

BRAUN GMBH and THE PROCTER &
GAMBLE COMPANY

      Defendants.

Civil Action No. 07 CV 11290 (WHP)

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

  WHEREAS Plaintiff Philips Domestic Appliances and Personal Care Company, a division of Philips Electronics North America Corporation ("Plaintiff"), filed a Complaint against Braun GmbH and The Procter & Gamble Company (jointly "Defendants") in the above-captioned matter on December 17, 2007;

  WHEREAS Plaintiff and Defendants mutually wish to resolve their differences without further litigation;

  WHEREAS Plaintiff and Defendants have entered into a Settlement Agreement, dated February 12, 2008 (the "Settlement Agreement").

  IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned proceeding is dismissed without prejudice pursuant to the Settlement Agreement and that the parties shall bear their own costs and attorneys' fees.

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel, that the United States District Court for the Southern District of New York shall retain jurisdiction to enforce the Settlement Agreement.

Dated: New York, New York
       February 12, 2008

*signature: Stephanie G. Wheeler*
Stephanie G. Wheeler (SW-7751)
Richard J.L. Lomuscio (RL-6994)
Matthew A. Schwartz (MS-8359)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Plaintiff*

*Of Counsel:*

Michael H. Steinberg
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*signature: Randi Singer*
Bruce S. Meyer (BM-3506)
Randi W. Singer (RS-6342)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants*

SO ORDERED:

*signature*
WILLIAM H. PAULEY III U.S.D.J.
2/20/08